UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Ping Lin,

          Plaintiff,

   v.

Michael Mukasey, et al.,

          Defendants.
_____/

No. C08-3979 EMC

**ORDER RE: FILING PROOF OF SERVICE**

TO ALL PARTIES AND COUNSEL OF RECORD:

The complaint in this matter was filed on August 20, 2008. As of this date, more than **120** days after the filing of the Complaint, the Plaintiff has not filed proof of service of the Complaint upon Defendants.

Plaintiff shall have until **November 6, 2009** within which to file with this Court proof of service of the Complaint upon the Defendants. If such proof is not timely filed, this Court will recommend dismissal of this action pursuant to Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.

Dated: May 7, 2009

_____
EDWARD M. CHEN
United States Magistrate Judge